# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 07-cr-00183-REB-09

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9. BAYLIN KYLE,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on the **Motion for Substitution of Counsel at Scheduling Conference** [#80], filed May 3, 2007. The motion is **GRANTED**. CJA attorney Fran Simonet, who represents defendant Sean O'Hare, will be permitted to stand in as counsel for defendant Baylin Kyle at the status/scheduling conference set for May 18, 2007, at 8:45 a.m.

Dated: May 4, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.