**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  07-cr-00183-REB-09

UNITED STATES OF AMERICA,
    Plaintiff,

v.

9.  KYLE BAYLIN,

       Defendant.

**MINUTE ORDER**[1]

    The matter comes before the court on the **Motion To File Out of Time Defendant's Response To The Government's Proposed Scheduling Order** [#353], filed September 17, 2007.  The motion is **GRANTED**, and the **Defendant's Response To Government's Proposed Scheduling Order** [#354] is accepted for filing.

    Dated:  September 18, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.